**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re: PROFESSIONAL DOOR SYSTEMS, INC.    §    Case No. 6:16-bk-19643-MW
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Howard Grobstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $3,300.00 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $34,863.22 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $35,932.28 | |

3) Total gross receipts of $70,795.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $70,795.50 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $38,598.95 | $35,932.28 | $35,932.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $894.60 | $2,341.28 | $2,341.28 | $2,341.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $440,940.31 | $562,320.73 | $561,298.98 | $32,521.94 |
| **TOTAL DISBURSEMENTS** | $441,834.91 | $603,260.96 | $599,572.54 | $70,795.50 |

4) This case was originally filed under chapter 7 on 10/28/2016.  The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    08/03/2020          By: /s/ Howard Grobstein
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $140000. | 1129-000 | $29,291.77 |
| 1999 Ford F-250 with 198,852 miles. | 1129-000 | $2,000.00 |
| Worker's Compensation Insurance Refund | 1229-000 | $6,857.00 |
| 2012 Ford F-350 with 88679 miles. | 1129-000 | $9,300.00 |
| 3 Trailers (old). | 1129-000 | $700.00 |
| 2003 Honda Civic Hybrid with 161,846 miles. | 1129-000 | $1,300.00 |
| 2005 Chevy Silverado with 273,418 miles. | 1129-000 | $1,000.00 |
| Business checking account Account at Union Bank | 1129-000 | $18,146.73 |
| 2001 Ford F-250 Super Duty with 178,752 miles. | 1129-000 | $2,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$70,795.50** |
| [1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Howard Grobstein | 2100-000 | NA | $5,456.45 | $5,456.45 | $5,456.45 |
| Accountant for Trustee, Fees - GROBSTEIN TEEPLE LLP | 3310-000 | NA | $13,809.00 | $12,475.66 | $12,475.66 |
| Accountant for Trustee, Expenses - GROBSTEIN TEEPLE LLP | 3320-000 | NA | $620.59 | $620.59 | $620.59 |
| Auctioneer Fees - JACK POPE | 3610-000 | NA | $4,125.00 | $4,125.00 | $4,125.00 |
| Bond Payments - BOND | 2300-000 | NA | $66.37 | $66.37 | $66.37 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $9.88 | $9.88 | $9.88 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,533.04 | $1,533.04 | $1,533.04 |
| Attorney for Trustee Fees (Other Firm) - WEILAND GOLDEN GOODRICH | 3210-000 | NA | $12,590.00 | $11,256.67 | $11,256.67 |
| Attorney for Trustee Expenses (Other Firm)  - WEILAND GOLDEN GOODRICH | 3220-000 | NA | $388.62 | $388.62 | $388.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$38,598.95** | **$35,932.28** | **$35,932.28** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | State Board of Equalization | 5800-000 | $894.60 | $1,512.00 | $1,512.00 | $1,512.00 |
| 9 | FRANCHISE TAX BOARD | 5800-000 | NA | $829.28 | $829.28 | $829.28 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$894.60** | **$2,341.28** | **$2,341.28** | **$2,341.28** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Contractors Indemnity Company | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 2 | Matchless It LLC Sarah Kershner | 7100-000 | NA | $525.00 | $525.00 | $30.42 |
| 3 | Gary Peters | 7100-000 | $30,978.06 | $30,978.06 | $30,978.06 | $1,794.88 |
| 4 | Peters Property Leasing, LLC | 7100-000 | NA | $241,000.00 | $241,000.00 | $13,963.66 |
| 5 | Porvene Doors, Inc. | 7100-000 | $319,014.29 | $286,637.22 | $286,637.22 | $16,607.90 |
| 6 | IPFS Corporation | 7100-000 | $2,046.62 | $2,158.70 | $2,158.70 | $125.08 |
| 7 | Ahern Rentals Inc | 7200-000 | $1,277.30 | $416.40 | $0.00 | $0.00 |
| 8U | State Board of Equalization | 7200-000 | NA | $605.35 | $0.00 | $0.00 |
| N/F | 2H CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ACTION CONTRACTORS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ADC CORP. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ADEPT FASTENERS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ADVANCED CONTRACTORS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | AG Engineering Incorporated | 7100-000 | $0.00 | NA | NA | NA |
| N/F | AJW WANG LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ALCO CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ALL AMERICAN DOOR COMPANY | 7100-000 | $0.00 | NA | NA | NA |

| N/F | ALL AMERICAN LOCK | 7100-000 | $0.00 | NA | NA | NA |
|-----|-------------------|----------|-------|-----|-----|-----|
| N/F | ALL COAST CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ALL FORKLIFT PARTS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ALLEN ENGINEERING CONTRACTORS, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ALLIED DOCK PRODUCTS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ALUMATEK-PACIFIC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | AMERICAN TEXTILE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | AMERON PIPE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | AMERON PIPE 2 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | AMG & ASSOCIATES, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ANGELUS BLOCK | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ANGELUS BLOCK CO., INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ARJ PROPERTIES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ARNC MEDIA GROUP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ARROWEST PROPERTIES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ART CORRAL CONSTRUCTION INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ASR CONSTRUCTORS, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ASTA DOOR CROP. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | AUTO BUILDERS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Advanced Disposal | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Agility Global Integrated Logistics | 7100-000 | $0.00 | NA | NA | NA |
|-----|-----|-----|-----|-----|-----|-----|
| N/F | Air Duct Products | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Airite | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Alliance Construction Team, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American Contractors Ind. Co.c/o Surety Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American Contractors Indemnity Co.Agent for service: Anna No | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Angelus Block - Orange | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Antony Valentino | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arlene Hamblen | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Atlas Storage Centers | 7100-000 | $0.00 | NA | NA | NA |
| N/F | B&F SUPPLY, INC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BAYLEY CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BEDD GROUP, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BERGMAN COMPANY | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BERNARDS BUILDERS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BILL SHEA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BISCOMERICA CORP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BLUEFIN CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BOARDWALK BUILDERS | 7100-000 | $0.00 | NA | NA | NA |

| N/F | BROWNCO CONSTRUCTION CO., INC | 7100-000 | $0.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | BRUTOCO ENGINEERING &CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BRUTOCO ENGINEERING &CONSTRUCTION, INC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BUILDING CONTRACTORS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BVB CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BYRON EPP, INC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bogh Construction | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bolin Upholstery | 7100-000 | $0.00 | NA | NA | NA |
| N/F | C. E. G. CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CA Construction | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CAL SPAS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CALIBER CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CAMCO PACIFIC CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CARRI CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CDG Builders | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CITY OF GLENDALE, CALIFORNIA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CLAIREMONT EQUIPMENT | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CLARKS NUTRITION CENTER - RIVERSIDE | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | CLARUS LANGUAGE SOLUTIONS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CLASSIC CABINETS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CLIFFORD BRAGG | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CNA Insurance | 7100-000 | $139.67 | NA | NA | NA |
| N/F | COAST PACIFIC BUILDERS INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | COLLIERS INTERNATIONAL | 7100-000 | $0.00 | NA | NA | NA |
| N/F | COLUMBIA AVE. PARTNERSHIP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | COMMERCE CONSTRUCTION CO.,L.P. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | COMMERCIAL CONTRACTORS NETWORK | 7100-000 | $0.00 | NA | NA | NA |
| N/F | COMPLETE COACH WORKS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CONSTRUCTION MANAGEMENTCONCEPTS, INC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | COX CONSTRUCTION CO | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CRIST CO. INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CTRI MANAGEMENT SERVICES, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CWC Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cal Fire #25 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | California Choice | 7100-000 | $1,793.41 | NA | NA | NA |
| N/F | Cannon Construction | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Canyon Contracting, Corp. | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Century Calibrating | 7100-000 | $0.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Charles Carubian-White Oak. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chi-Pang Lai | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chris Hinrichs | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Coldwell Banker Commercial-Inland Empire | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Consolidated Construction Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cornell Iron Works, Inc. | 7100-000 | $15,447.00 | NA | NA | NA |
| N/F | Cornell Storefront Systems | 7100-000 | $0.00 | NA | NA | NA |
| N/F | County of Riverside | 7100-000 | $30.00 | NA | NA | NA |
| N/F | D.J. CONNER CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | D.L. CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DALKE & SONS CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DANI BUILDING CORP. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DAUM COMMERCIAL REAL ESTATE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DAVID S. TINGLER | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DEVIOUS CUSTOMS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DIANI BUILDING CORP. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DLR CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DONLON BUILDERS, INC. | 7100-000 | $0.00 | NA | NA | NA |

| N/F | DOUG WALL CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DR. CHAO NATURAL FOODS, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DR. VINCE DISAIA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DU BAY CONSTRUCTION CO. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DUGGINS CONSTRUCTION INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DWG & ASSOCIATES, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DYNAMIC BUILDERS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dale Rauch G.C. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Darrel Pontius | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Direct Disposal | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dove Builders, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Driver Special Projects Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | E-E IRON WORKS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | EASTLAND CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | EDGE DEVELOPMENT | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ELLIS CONTRACTING | 7100-000 | $0.00 | NA | NA | NA |
| N/F | EMAE INTERNATIONAL | 7100-000 | $0.00 | NA | NA | NA |
| N/F | EMMA CORPORATION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ERICKSON-HALL CONSTRUCTION CO. | 7100-000 | $0.00 | NA | NA | NA |

| N/F | ESCO Industries | 7100-000 | $0.00 | NA | NA | NA |
|-----|-----------------|----------|-------|-----|-----|-----|
| N/F | ESPLANADE BUILDERS, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | EXPRESS LUBE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Eddie Moreno | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Envoyer Fine Wines | 7100-000 | $0.00 | NA | NA | NA |
| N/F | FACILITY BUILDERS & ERECTORS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | FALCON BUILDERS, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | FERGUSON ENTERPRISES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | FERRIS PLACE LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | FOAM SWEET FOAM | 7100-000 | $0.00 | NA | NA | NA |
| N/F | FTR INTERNATIONAL INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | FTR INTERNATIONAL, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | FULLMER CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Facilities Mgmt Bldg - 3rd. Floor AP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fast-Track Construction, Corp. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Filanc - Balfour Beatty JV | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fleet Services Wex Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | G & W BUILDERS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | G2K | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | GALLANT CONSTRUCTION CO., INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GAMUT CONSTRUCTION CO., INC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GENERAL CONSOLIDATED CONSTRUCTORS. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GEORGE HOPKINS CONSTRUCTION CO | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GLENCO STEEL CORP. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GLOBAL TAC WAREHOUSE INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GRANT GENERAL CONTRACTORS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GRAY | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GREGORY ALLEY CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GROWTH MANAGEMENT | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gleeson Constructors, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Glen Holcomb | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gonzales Construction | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Goodshot Construction, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Greg Nelson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gresham, Savage, Nolan & tlde | 7100-000 | $712.50 | NA | NA | NA |
| N/F | HALE-MILLS CONSTRUCTION, LTD. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HAMEL CONTRACTING INC. | 7100-000 | $0.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| N/F | HAMMER CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HARBOR GATE WAY BUSINESS CENTER | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HARRISON CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HARVEST CHRISTAIN FELLOWSHIP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HAYS CO. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HIGH RIDGE COASTA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HOLLENBECK & ASSOCIATES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HOLLYWOOD DELIVERY SERVICES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HOWARD INDUSTRIES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HOWARD S. WRIGHT CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hanson Rivet | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Harvey General Contractors | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Holiday Inn | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hotel Comfort | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hugo Yacoucci | 7100-000 | $0.00 | NA | NA | NA |
| N/F | INLAND BUILDING COMPANIES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | INLAND EMPIRE ARCHITECTURAL | 7100-000 | $0.00 | NA | NA | NA |
| N/F | INLAND KENWORTH 2 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | INSULPRO, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | INTERSTATE BATTERY SYSTEMS | 7100-000 | $0.00 | NA | NA | NA |

| N/F | INTERTEX GENERAL CONTRACTORS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | INTRAVIA ROCK & SAND, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | IRVING SINGER LIVING TRUST | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ITSI | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Industrial Metal Supply Co. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | J.R. FILANC CONSTRUCTION CO. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | J.R.H. Construction | 7100-000 | $0.00 | NA | NA | NA |
| N/F | JIM BYRON | 7100-000 | $0.00 | NA | NA | NA |
| N/F | JOHN LEE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | JUAN ESCOBEDO | 7100-000 | $0.00 | NA | NA | NA |
| N/F | JURUPA PARK | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jim Twyford | 7100-000 | $0.00 | NA | NA | NA |
| N/F | K.A.R. CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | K2 GENERAL CONTRACTORS, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | KENDREW | 7100-000 | $0.00 | NA | NA | NA |
| N/F | KMB CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | KMS PROPERTIES, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | KOMAR INVESTMENTS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | KPRS CONSTRUCTION SERVICES, Inc. | 7100-000 | $0.00 | NA | NA | NA |

| N/F | KURTIS BREEDING | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ken Munaretto | 7100-000 | $0.00 | NA | NA | NA |
| N/F | L.E. Waters | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LASKEY-WEIL CO | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LCS Constructors, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LEDCOR CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LEGACY PARTNERS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LESTER BOX | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LMU UNIVERSITY | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LORD CONSTRUCTORS, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LOS ANGELES ENGINEERING | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LUSARDI CONSTRUCTION COMPANY | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Larry Gallegos | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lee & Associates | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lee's Engineering and Construction, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lima Auto Repair | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lord of Life Lutheran Church | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Louis Vuitton North America, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | M.E. RIALTO PROPERTIES | 7100-000 | $0.00 | NA | NA | NA |

| N/F | M.E. SLEETER CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | M.WESTLAND, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MACKONE DEVELOPMENT, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MAGNON COMPANIES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MAGNUM ENTERPRISES, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MALIBU NEWS STAND | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MAMMOTH / JUNE PUBLISHING COMPANY | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MARTIN RUBBER CORPORATION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MASTERS COLLEGE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MCCARTHY BUILDING COMPANIES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | METRO BUILDERS & ENGINEERS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MID VALLEY SURGERY CENTER | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MMTC | 7100-000 | $63.46 | NA | NA | NA |
| N/F | MONSTER MEMORY | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MOOREFIELD CONSTRUCTION, INC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MTM BUILDERS, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MUELLER CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Magnolia Magnolia Ave.Ave. Baptist Churc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Matt Rutledge | 7100-000 | $0.00 | NA | NA | NA |

| N/F | McCORMICK CONSTRUCTION CO | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Medico Linen Riverside | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Miles Construction | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Monarch Construction Management | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Monza Construction Company Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Morgan Company | 7100-000 | $0.00 | NA | NA | NA |
| N/F | NEAR - CAL CORP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | NOVUS CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Neff Construction, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Neil O'Dell | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Norco Public Works Dept. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | OCCIDENTAL STUDIOUS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | OLTMANS CONSTRUCTION CO. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ONE WEST ARCHITECTS & BUILDERS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | OPTIMA RPM INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | OSI | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Occidental Entertainment Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | P & N CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PACIFIC COAST COMMERCIAL REAL ESTATE | 7100-000 | $0.00 | NA | NA | NA |

| N/F | PACIFIC CONSTRUCTION GROUP | 7100-000 | $0.00 | NA | NA | NA |
|-----|------|------|------|------|------|------|
| N/F | PACIFIC WINGS INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PASKAL LIGHTING | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PATTERSON CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PAUL BONACCORSI | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PCL CONSTRUCTION SERVICES, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PENCE CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PENSKE TRUCK LEASING | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PHILCO CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PHILIPPE THE ORIGINAL RESTAURANT | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PHOS-CHEK FIRE RETARDANT | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PINNER CONSTRUCTION CO. INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PLASTIC COLOR CORPORATION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PMC Contractors, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PYRAMID COMMUNICATIONS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Paul Lantiegne | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Penske Cadillac Buick GMC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Perris Unified School District | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pro Craft Construction | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Pro Pipe & Supply | 7100-000 | $0.00 | NA | NA | NA |
|-----|-------------------|----------|-------|-----|-----|-----|
| N/F | R. A. DURAN CONST. CORP. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | R.I.C. CONSTRUCTION CO, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | R.M. DALTON CORP. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | R.P. VITITOW CONSTRUCTION CORP. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RANDALL CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RC Construction Services, Inc. Kristen Corpe | 7100-000 | $60,709.00 | NA | NA | NA |
| N/F | RCH CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RDP/SCI, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | REEVE-KNIGHT CONSTRUCTION CO | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RELLOS CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | REXCO DEVELOPMENT | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RICHARD AVENT GENERAL CONTRACTORS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RICK HOARD | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RIVERSIDE ANIMAL SHELTER | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RIVERSIDE STORAGE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ROBERT FUNARI | 7100-000 | $0.00 | NA | NA | NA |

| N/F | ROCKY'S BMW | 7100-000 | $0.00 | NA | NA | NA |
|-----|-------------|----------|-------|-----|-----|-----|
| N/F | ROYAL CONSTRUCTION CORP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RSI - RON SPARKK, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RUIZ BROTHERS CONSTRUCTION CO., INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RVH CONSTRUCTORS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Robert Jaminez | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rodney Ford | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rote Brothers Construction | 7100-000 | $0.00 | NA | NA | NA |
| N/F | S.D. DEACON | 7100-000 | $0.00 | NA | NA | NA |
| N/F | S.J. AMOROSO CONSTRUCTION, INC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SAGE CONTRACTING CO | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SANDHILL MANAGEMENT | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SBS CORPORATION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SCW CONTRACTING CORP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SEA WEST ENTERPRISES, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SEIDNER'S COLLISION CENTERS - WEST COVIN | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SEIDNERS COLLISION CENTER - MONTEBELLO | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SEIDNERS COLLISION CENTRE 2 | 7100-000 | $0.00 | NA | NA | NA |

| N/F | SEPULVEDA CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
|-----|------------------------|----------|-------|-----|-----|-----|
| N/F | SIEDNERS COLLISION - FONTANA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SIERRA CONTRACTING | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SILAGI DEVELOPMENT & MANAGEMEN | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SLATER CONSTRUCTION COMPANY | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SMC - SCHEU MANAGEMENT COPORATION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SMITHCO CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SNYDER LANGSTON | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SOLTEK PACIFIC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SOUTH BAY DEVELOPMENT | 7100-000 | $0.00 | NA | NA | NA |
| N/F | STAPLES CONSTRUCTION CO., INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SWINERTON BUILDERS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Schenck Building Company, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Seabreeze Management Co. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Seidners Collision Center - Ontario | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sound Billing, LLC myfleetcenter.com | 7100-000 | $98.02 | NA | NA | NA |
| N/F | Standage Tires & Automotive | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Starr-AL Limousine Service | 7100-000 | $0.00 | NA | NA | NA |
|-----|-----|-----|-----|-----|-----|-----|
| N/F | Strike & Hammer | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stump Town Coffee | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stumptown Coffee Roasters | 7100-000 | $0.00 | NA | NA | NA |
| N/F | T.B. PENICK | 7100-000 | $0.00 | NA | NA | NA |
| N/F | T.C.M. Enterprises, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TAIT AND ASSOCIATES, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TEMAK CONSTRUCTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | THE ALLIANCE GROUP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | THE BATES COMPANY | 7100-000 | $0.00 | NA | NA | NA |
| N/F | THE HONEY BAKED HAM COMPANY | 7100-000 | $0.00 | NA | NA | NA |
| N/F | THE RICHARDSON GROUP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | THOMCO CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TIFFANY COACHWORKS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TIGER SERVICES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TILDEN-COIL CONSTRUCTORS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TINGLER PROPERTIES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TOBO CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TOCA TRAINING CENTER | 7100-000 | $0.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | TOVEY/SHULTZ CONSTRUCTION, INC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TST INC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tabikha Incorporated | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tamo Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tashcon Corporation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | The Blue Book Building and Const. | 7100-000 | $1,620.00 | NA | NA | NA |
| N/F | Tilt Up Construction Co. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Toyota of Glendora | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Toyota of Riverside | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Travelers | 7100-000 | $4,781.68 | NA | NA | NA |
| N/F | UNDER CAR PLUS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | UNITED BUILDERS of CALIFORNIA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | UNITED STEEL STRUCTURES | 7100-000 | $0.00 | NA | NA | NA |
| N/F | UPLAND BOAT STORAGE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Universal Logistics Systems | 7100-000 | $0.00 | NA | NA | NA |
| N/F | VAL VERDE U.S.D | 7100-000 | $0.00 | NA | NA | NA |
| N/F | VOTAW | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $332.48 | NA | NA | NA |
| N/F | Vintage Design | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Vulcan Materials | 7100-000 | $0.00 | NA | NA | NA |
| N/F | W.E. O'Neil Construction | 7100-000 | $0.00 | NA | NA | NA |

| N/F | W.M. LYLES CO. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WASTE MANAGEMENT | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WEP CONSTRUCTION, INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WESTCOAST PERFORMANCE PROD. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WESTERN EQUITIES CONSTRUCTION GROUP INC. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WESTERN HEIGHTS WATER CO. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WESTERN PACIFIC CRANE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WHITTIER UNION HIGH SCHOOL | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WIL WOOD ENGINEERING | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WILLIAM SHEA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WOODCREST CHRISTIAN SCHOOL | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Walton Construction Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Waste Management Inland Empire | 7100-000 | $104.82 | NA | NA | NA |
| N/F | Wayne-Dalton Corp. Overhead Door Corp | 7100-000 | $1,792.00 | NA | NA | NA |
| N/F | Western Built Construction, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Western Construction Services, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | XBC - Xebec Building Company | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Xenia Storage | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Yucaipa-Calimesa Joint Unified | 7100-000 | $0.00 | NA | NA | NA |
| N/F | i MANAGE LA | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$440,940.31** | **$562,320.73** | **$561,298.98** | **$32,521.94** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**   6:16-bk-19643-MW

**Case Name:**   PROFESSIONAL DOOR SYSTEMS, INC.

**Trustee Name:**   (008950) Howard Grobstein

**Date Filed (f) or Converted (c):**   10/28/2016 (f)

**§ 341(a) Meeting Date:**   12/01/2016

**For Period Ending:**   08/03/2020

**Claims Bar Date:**   02/24/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br><br>All funds on hand turned over by Debtor. See Asset #2 for receipt of funds. | 500.00 | 500.00 | | 0.00 | FA |
| 2 | Business checking account Account at Union Bank<br><br>Funds turned over by Debtor. | 29,398.78 | 29,398.78 | | 18,146.73 | FA |
| 3 | A/R 90 days old or less. Face amount = $140000.<br><br>Trustee made demand for and collected outstanding AR amounts from various parties. After working with the Debtor's principal to determine the validity and collectibility of accounts receivable, the Trustee believed the total amount of AR was $42,676.27. To date the Trustee has collected $29,291.77. The Trustee believes that he has exhausted all efforts to collect on the remaining balance. | 140,000.00 | 140,000.00 | | 29,291.77 | FA |
| 4 | 2005 Chevy Silverado with 273,418 miles.<br><br>Auctioneer's value = $1,500. No liens. Motion to employ auctioneer and sell assets filed 03/28/17. O.E. 04/20/17. Asset to be sold at auction. Motion to sell filed 03/28/17. O.E. 04/20/17 approving sale. | 2,998.00 | 1,500.00 | | 1,000.00 | FA |
| 5 | 2012 Ford F-350 with 88679 miles.<br><br>Auctioneer's value = $8,500. No liens. Motion to employ auctioneer and sell assets filed 03/28/17. O.E. 04/20/17. Asset to be sold at auction. Motion to sell filed 03/28/17. O.E. 04/20/17 approving sale. | 12,849.00 | 8,500.00 | | 9,300.00 | FA |
| 6 | 2001 Ford F-250 Super Duty with 178,752 miles.<br><br>Auctioneer's value = $1,500. No liens. Motion to employ auctioneer and sell assets filed 03/28/17. O.E. 04/20/17. Asset to be sold at auction. Motion to sell filed 03/28/17. O.E. 04/20/17 approving sale. | 2,041.00 | 1,500.00 | | 2,200.00 | FA |
| 7 | 2003 Honda Civic Hybrid with 161,846 miles.<br><br>Auctioneer's value = $2,000. No liens. Motion to employ auctioneer and sell assets filed 03/28/17. O.E. 04/20/17. Asset to be sold at auction. Motion to sell filed 03/28/17. O.E. 04/20/17 approving sale. | 1,792.00 | 2,000.00 | | 1,300.00 | FA |
| 8 | 1999 Ford F-250 with 198,852 miles.<br><br>Auctioneer's value = $1,500. No liens. Motion to employ auctioneer and sell assets filed 03/28/17. O.E. 04/20/17. Asset to be sold at auction. Motion to sell filed 03/28/17. O.E. 04/20/17 approving sale. | 2,100.00 | 1,500.00 | | 2,000.00 | FA |
| 9 | 3 Trailers (old).<br><br>Auctioneer's value = $400. No liens. Motion to employ auctioneer and sell assets filed 03/28/17. O.E. 04/20/17. Asset to be sold at auction. Motion to sell filed 03/28/17. O.E. 04/20/17 approving sale. | 200.00 | 400.00 | | 700.00 | FA |
| 10 | misc. office supplies.<br><br>Nominal value. Costs of liquidation would exceed value. No value to estate. | 100.00 | 100.00 | | 0.00 | FA |
| 11 | Computer, printers, copy, and fax machine.<br><br>Nominal value. Costs of liquidation would exceed value. No value to estate. | 350.00 | 350.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  6:16-bk-19643-MW

**Case Name:**  PROFESSIONAL DOOR SYSTEMS, INC.

**For Period Ending:**  08/03/2020

**Trustee Name:**  (008950) Howard Grobstein

**Date Filed (f) or Converted (c):**  10/28/2016 (f)

**§ 341(a) Meeting Date:**  12/01/2016

**Claims Bar Date:**  02/24/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Other inventory/supplies: Electric doors/parts<br><span style="font-size:smaller">Nominal value. Costs of liquidation would exceed value. No value to estate.</span> | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 13 | Very old forklift.<br><span style="font-size:smaller">Nominal value. Costs of liquidation would exceed value. No value to estate.</span> | 500.00 | 500.00 | | 0.00 | FA |
| 14 | Power tools.<br><span style="font-size:smaller">Nominal value. Costs of liquidation would exceed value. No value to estate.</span> | 500.00 | 500.00 | | 0.00 | FA |
| 15 | Installation equipment.<br><span style="font-size:smaller">Nominal value. Costs of liquidation would exceed value. No value to estate.</span> | 350.00 | 350.00 | | 0.00 | FA |
| 16 | Worker's Compensation Insurance Refund (u) | 0.00 | 6,857.00 | | 6,857.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$194,678.78** | **$194,955.78** | | **$70,795.50** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

**Case No.:**  6:16-bk-19643-MW

**Case Name:**  PROFESSIONAL DOOR SYSTEMS, INC.

**For Period Ending:**  08/03/2020

**Trustee Name:**  (008950) Howard Grobstein

**Date Filed (f) or Converted (c):**  10/28/2016 (f)

**§ 341(a) Meeting Date:**  12/01/2016

**Claims Bar Date:**  02/24/2017

**Major Activities Affecting Case Closing:**

POST TFR NOTES: TFR filed 02/05/20. TFR hearing set for 03/10/20. O.E. 03/17/20 allowing distribution. Checks issued. All checks cleared as of 07/01/20. TDR submitted 08/03/20.

P.E. 03-31-20 - Professional filed fee applications. $0.00 due in Court costs. TFR submitted 10-15-19. TFR withdrawn pending stipulation with professionals to reduce fees. Stipulation with professionals submitted 01/20/20. O.E. 01/28/20 approving Stipulation. TFR resubmitted 01/28/20. TFR hearing 03/10/20. O.E. 03/17/20 approving TFR. Distribution checks sent 03/19/20. 2 checks outstanding.

P.E. 03-31-19 - The Trustee continued to collect accounts receivable owed to the Debtor. Collections continued through September 2018. Additionally, the Trustee received tax notices from several agencies that are unaware or ignoring the bankruptcy stay and attempting to assess taxes post-petition. The Trustee worked with the Debtor's principal to address pre-petition sales and payroll tax issues to resolve tax implications against the Estate. Final estate tax returns were prepared and filed. Notice to professionals filed. Final fee filed 10/15/19. Estimated TFR date is 06-30-19.

P.E. 03-31-18 - Motion to auction vehicles filed 03-28-17. O.E. 04-20-17 approving employment of auctioneer and sale. Trustee received gross proceeds totaling $16,500.00. Additionally, the Trustee continues to collect Accounts Receivables owed to the Debtor. To date the Trustee has recovered a total of $28,791.77 related to AR.

P.E. 03-31-17 - 341 meeting held and continued. Asset Notice filed and claims bar date set. Claims bar date is 02-24-17. The Trustee required the assistance of an accountant to review financial information and accounts receivable. Application to employ accountant filed 11-21-16. O.E. 01-12-17 approving employment of accountant. The Trustee made demand for the turnover of cash on hand and funds held in the business checking account. Funds were turned over by the Debtor. The Debtor listed assets that the Trustee determined could be liquidated for the benefit of creditors. The Trustee required the assistance of general counsel and an auctioneer to administer the assets. Application to employ general counsel filed 12-22-16. O.E. 01-18-17 approving employment of general counsel. Motion to employ auctioneer and liquidate assets filed 03-28-17. O.E. 04-20-17 approving employment of auctioneer and sale of assest. The auction is pending.

GENERAL:
    This case commenced as a business voluntary Chapter 7 filed on 10-28-16.  The original 341(a) Meeting was held on 12-01-16.  The meeting was continued to obtain a valuation on the Debtor's vehicles and for the Debtor to provide information related to accounts receivable.  The Trustee is investigating possible liquidation of assets and has employed general counsel to assist.

PROFESSIONALS:
    General Counsel: Lobel Weiland Golden Friedman - Application to employ filed 12-22-16; O.E. 01-18-17 approving employment.
    Auctioneer: Pope Antiques & Auctions - Application to employ filed 03-28-17; O.E. 04-20-17 approving employment.
    Accountant: Grobstein Teeple - Application to employ filed 11-21-16; O.E. 01-12-17 approving employment.

TAX STATUS:  Final estate tax returns prepared and filed. More than 60 days has passed since the filing of tax returns.

CLAIMS STATUS:  Claims review complete. 9 claims filed (including tardily filed) totaling $564,662.01 (2 priority claims for $2,341.28; 562,320.73 gen unsecured).
    Asset Notice filed 11-21-16. Claims bar date is 02-24-17. Government bar date is 04-26-17.

INSURANCE: N/A

**Initial Projected Date Of Final Report (TFR):**  03/31/2018    **Current Projected Date Of Final Report (TFR):**  01/20/2020 (Actual)

## Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 6:16-bk-19643-MW | |
| **Case Name:** | PROFESSIONAL DOOR SYSTEMS, INC. | |
| **Taxpayer ID #:** | **-***1086 | |
| **For Period Ending:** | 08/03/2020 | |

| | |
|---|---|
| **Trustee Name:** | Howard Grobstein (008950) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/16 | {2} | PROFESSIONAL DOOR SYSTEMS, INC. | Turn over of funds | 1129-000 | 18,146.73 | | 18,146.73 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 18,136.73 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.01 | 18,110.72 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.78 | 18,082.94 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.27 | 18,058.67 |
| 03/09/17 | {3} | OLTMANS CONSTRUCTION | Collection of A/R | 1129-000 | 250.30 | | 18,308.97 |
| 03/09/17 | {3} | SOUND BILLING | Collection of A/R | 1129-000 | 79.87 | | 18,388.84 |
| 03/22/17 | {3} | RUIZ BROTHERS CONSTRUCTION, INC | Collection of A/R | 1129-000 | 2,217.50 | | 20,606.34 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.91 | 20,578.43 |
| 04/13/17 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/28/2017 FOR CASE #16-19643, Bond #016030866 Bond Premium for term 01/04/17 - 01/04/18 | 2300-000 | | 9.39 | 20,569.04 |
| 04/21/17 | {16} | TRAVELERS PROPERTY CASUALTY | Worker Compensation Insurance Policy Refund | 1229-000 | 6,857.00 | | 27,426.04 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.93 | 27,397.11 |
| 05/22/17 | | POPE'S AUCTIONS & ANTIQUES | Auctioneer Gross Proceeds | | 16,500.00 | | 43,897.11 |
| | {7} | | Gross sale proceeds $1,300.00 | 1129-000 | | | |
| | {6} | | Gross sale proceeds $2,200.00 | 1129-000 | | | |
| | {5} | | Gross sale proceeds $9,300.00 | 1129-000 | | | |
| | {4} | | Gross sale proceeds $1,000.00 | 1129-000 | | | |
| | {8} | | Gross sale proceeds $2,000.00 | 1129-000 | | | |
| | {9} | | Gross sale proceeds $700.00 | 1129-000 | | | |
| 05/22/17 | {3} | LCS CONSTRUCTORS, INC | AR Collections | 1129-000 | 527.80 | | 44,424.91 |
| 05/25/17 | {3} | XEBEC BUILDING COMPANY, INC. | AR Collections | 1129-000 | 1,254.70 | | 45,679.61 |
| 05/30/17 | {3} | INTERTEX, INC | AR Collections | 1129-000 | 547.30 | | 46,226.91 |
| 05/30/17 | {3} | R.A. DURAN CONSTRUCTION CORP | AR Collections | 1129-000 | 4,265.00 | | 50,491.91 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.36 | 50,442.55 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.55 | 50,370.00 |

Page Subtotals:    **$50,646.20**    **$276.20**

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 6:16-bk-19643-MW | |
| **Case Name:** | PROFESSIONAL DOOR SYSTEMS, INC. | |
| **Taxpayer ID #:** | **-***1086 | |
| **For Period Ending:** | 08/03/2020 | |

| | |
|---|---|
| **Trustee Name:** | Howard Grobstein (008950) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/21/17 | {3} | NEFF CONSTRUCTION INC | AR Collections | 1129-000 | 998.30 | | 51,368.30 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.27 | 51,298.03 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.16 | 51,216.87 |
| 09/01/17 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/28/2017 FOR CASE #16-19643, Bond #016030866 / Bond Increase Premium effective 04/28/17 | 2300-000 | | 0.49 | 51,216.38 |
| 09/25/17 | 103 | JACK POPE | 25% COMMISSION RE: SALE OF VEHICLE PER O.E. 04/20/17 | 3610-000 | | 4,125.00 | 47,091.38 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.21 | 47,020.17 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.73 | 46,947.44 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.52 | 46,879.92 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.18 | 46,814.74 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.06 | 46,740.68 |
| 02/06/18 | {3} | W.E. O'NEIL CONST CO. | Accounts Receivable | 1129-000 | 18,651.00 | | 65,391.68 |
| 02/12/18 | 104 | INTERNATIONALS SURETIES, LTD | Premium for Bond #016030866 Period 01/04/18 to 01/04/19 | 2300-000 | | 28.91 | 65,362.77 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.51 | 65,281.26 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 93.89 | 65,187.37 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 90.63 | 65,096.74 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 103.00 | 64,993.74 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 90.36 | 64,903.38 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 99.57 | 64,803.81 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 96.31 | 64,707.50 |
| 09/05/18 | {3} | RA DURAN CONSTRUCTION CORP | Accounts Receivable | 1129-000 | 500.00 | | 65,207.50 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.93 | 65,157.57 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.90 | 65,098.67 |
| 03/19/19 | 105 | INTERNATIONALS SURETIES, LTD | Bond Premium / Bond #016030866 Term: 01/04/19 - 01/04/20 | 2300-000 | | 37.46 | 65,061.21 |
| 03/19/20 | 106 | Howard Grobstein | Distribution payment - Dividend paid at 100.00% of $5,456.45; Claim # FEE; Filed: $6,789.78 | 2100-000 | | 5,456.45 | 59,604.76 |
| 03/19/20 | 107 | WEILAND GOLDEN GOODRICH | Distribution payment - Dividend paid at 100.00% of $11,256.67; Claim # ; Filed: $12,590.00 | 3210-000 | | 11,256.67 | 48,348.09 |

Page Subtotals:    $20,149.30    $22,171.21

## Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 6:16-bk-19643-MW | Trustee Name: | Howard Grobstein (008950) |
|---|---|---|---|
| Case Name: | PROFESSIONAL DOOR SYSTEMS, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1086 | Account #: | ******8066 Checking Account |
| For Period Ending: | 08/03/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/19/20 | 108 | WEILAND GOLDEN GOODRICH | Distribution payment - Dividend paid at 100.00% of $388.62; Claim # ; Filed: $388.62 | 3220-000 | | 388.62 | 47,959.47 |
| 03/19/20 | 109 | GROBSTEIN TEEPLE LLP | Distribution payment - Dividend paid at 100.00% of $12,475.66; Claim # ; Filed: $13,809.00 | 3310-000 | | 12,475.66 | 35,483.81 |
| 03/19/20 | 110 | GROBSTEIN TEEPLE LLP | Distribution payment - Dividend paid at 100.00% of $620.59; Claim # ; Filed: $620.59 | 3320-000 | | 620.59 | 34,863.22 |
| 03/19/20 | 111 | State Board of Equalization | Distribution payment - Dividend paid at 100.00% of $1,512.00; Claim # 8P; Filed: $1,512.00 | 5800-000 | | 1,512.00 | 33,351.22 |
| 03/19/20 | 112 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $829.28; Claim # 9; Filed: $829.28 | 5800-000 | | 829.28 | 32,521.94 |
| 03/19/20 | 113 | Matchless It LLC Sarah Kershner | Distribution payment - Dividend paid at 5.79% of $525.00; Claim # 2; Filed: $525.00 | 7100-000 | | 30.42 | 32,491.52 |
| 03/19/20 | 114 | Gary Peters | Distribution payment - Dividend paid at 5.79% of $30,978.06; Claim # 3; Filed: $30,978.06 Stopped on 06/12/2020 | 7100-000 | | 1,794.88 | 30,696.64 |
| 03/19/20 | 115 | Peters Property Leasing, LLC | Distribution payment - Dividend paid at 5.79% of $241,000.00; Claim # 4; Filed: $241,000.00 | 7100-000 | | 13,963.66 | 16,732.98 |
| 03/19/20 | 116 | Porvene Doors, Inc. | Distribution payment - Dividend paid at 5.79% of $286,637.22; Claim # 5; Filed: $286,637.22 | 7100-000 | | 16,607.90 | 125.08 |
| 03/19/20 | 117 | IPFS Corporation | Distribution payment - Dividend paid at 5.79% of $2,158.70; Claim # 6; Filed: $2,158.70 | 7100-000 | | 125.08 | 0.00 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 39.21 | -39.21 |
| 04/08/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | -39.21 | 0.00 |
| 06/12/20 | 114 | Gary Peters | Distribution payment - Dividend paid at 5.79% of $30,978.06; Claim # 3; Filed: $30,978.06 Stopped: check issued on 03/19/2020 | 7100-000 | | -1,794.88 | 1,794.88 |
| 06/18/20 | 118 | Gary Peters | Distribution payment - Dividend paid at 5.79% of $30,978.06; Claim # 3; Filed: $30,978.06 | 7100-000 | | 1,794.88 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 70,795.50 | 70,795.50 | $0.00 |
| | Less: Bank Transfers/CDs | | | | 0.00 | 0.00 | |
| | Subtotal | | | | 70,795.50 | 70,795.50 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $70,795.50 | $70,795.50 | |

## Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6:16-bk-19643-MW | **Trustee Name:** | Howard Grobstein (008950) |
| **Case Name:** | PROFESSIONAL DOOR SYSTEMS, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***1086 | **Account #:** | ******8066 Checking Account |
| **For Period Ending:** | 08/03/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $70,795.50 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $70,795.50 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8066 Checking Account | $70,795.50 | $70,795.50 | $0.00 |
| | **$70,795.50** | **$70,795.50** | **$0.00** |